IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| Geico Casualty Company,<br>as Subrogee of its Insured, Bobby Holley,<br><br>  Plaintiff,<br><br>vs.<br><br>Francis Anthony Carroll,<br>United States of America,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 19-1018 |

## COMPLAINT

**COMES NOW** the Plaintiff, Geico Casualty Company, as subrogee of its Insured, Bobby Holley, for it's complaint against the Defendants, Francis Anthony Carroll and United States of America, and state and allege as follows:

### PARTIES

1. Plaintiff Geico Casualty Company is a company which does business in Alabama.

2. Defendant Francis Anthony Carroll is an individual over the age of nineteen (19) and a resident of MOBILE County, Alabama.

3. Defendant United States of America is a Federal Governmental Agency.

### FACTS

4. On or about January 19, 2018, Bobby Holley was the owner and/or operator of a vehicle being operated in MOBILE County, Alabama. Defendant Francis Anthony Carroll was operating a vehicle and struck Bobby Holley's vehicle. At the time of the accident, Francis Anthony Carroll was operating a Government owned vehicle as an agent for the U.S. Coast Guard, which is an agency of the Defendant.

5. At all times relevant to this Complaint, Bobby Holley's vehicle, was insured by Plaintiff Geico Casualty Company.

6. Bobby Holley filed a claim with Geico Casualty Company, and Geico Casualty Company paid Bobby Holley $9,045.14 for property damages and/or reimbursement of medical payments resulting from the aforementioned collision.

7. Bobby Holley's insurance policy with Geico Casualty Company provided Geico Casualty Company a subrogation interest in any amount paid to its insured due to the fault of a third party. It also provided that Bobby Holley was required to pay a deductible of $500.00. Bobby Holley paid a $500.00 deductible for the damages and/or reimbursement of medical payments resulting from the aforementioned collision.

### COUNT I

### NEGLIGENCE AND/OR WANTONESS (Defendant Francis Anthony Carroll)

8. Plaintiff incorporates by reference the averments in Paragraphs 1-7 of its Complaint as if the same were set forth herein.

9. Defendant Francis Anthony Carroll negligently and/or wantonly caused or allowed a motor vehicle he/she was driving to collide with Bobby Holley's vehicle and as a proximate consequence damaged the vehicle and/or rendered it less valuable.

WHEREFORE, Plaintiff demands judgment against Defendant Francis Anthony Carroll in the amount of $9,045.14, plus any other damages proved in trial, interest, and the costs of this action. If the Defendant is a military employee, Plaintiff is not aware of any violation of The Servicemembers Civil Relief Act.

### COUNT II

### RESPONDEAT SUPERIOR/AGENCY

10. Plaintiff's incorporate by reference the averments in Paragraphs 1-9 of their Complaint as if the same were set forth herein.

11. At all time relevant to this Complaint, Defendant Francis Anthony Carroll was acting as an agent and/or within the course and scope of her employment with the United States of America.

12.  Under the doctrine of agency and/or respondeat superior, Defendant United States of America is liable for the negligent conduct of its agents, servants, and/or employees.

WHEREFORE Plaintiffs demand judgment against Defendant United States of America in the amount of $9,045.14 plus any other damages proved in trial, interest and the costs of this action.

                                          RESPECTFULLY SUBMITTED,

                                          s/Zack M. Azar
                                          Zack M. Azar (AZA004)
                                          Attorney for Plaintiffs

OF COUNSEL:
AZAR &  AZAR L.L.C.
4276 Lomac Street
Montgomery, AL 36106
(334) 265-8551
(334) 264-9453 (facsimile)

**Defendant may be served via Certified Mail w/ Return Receipt:**

United States Attorney's Office
Southern District of Alabama
Attn: Civil Process Clerk
63 South Royal Street, Suite 600
Mobile, Alabama 36602

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

Commanding Officer
United States Coast Guard
Legal Services Command (LSC-SE)
300 East Main Street
Suite 400
Norfolk, VA 23510

Francis Anthony Carroll
24121 Tullamore Drive
Daphne, Alabama 36526

                                          s/Zack M. Azar
                                          Zack M. Azar (AZA004)